ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED-USDC-NDTX-DA
'24 OCT 1 PM3:03

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. |
| v. | 3-24CR-419-L |
| VIDAL BLANCO-BLAS<br>(a.k.a Julio Cesar Torres) | |

**INDICTMENT**

The Grand Jury charges:

Count One
False Statement in Application and Use of Passport
(Violation of 18 U.S.C. § 1542)

On or about April 11, 2023, within the Dallas Division of the Northern District of Texas, the defendant, **Vidal Blanco-Blas**, willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for his own use, the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated his name is Julio Cesar Torres, which statement he knew to be false.

In violation of 18 U.S.C. § 1542.

Count Two
Aggravated Identity Theft
(Violation of 18 U.S.C. § 1028A)

On or about April 11, 2023, within the Dallas Division of the Northern District of Texas, the defendant, **Vidal Blanco-Blas**, did knowingly possess and use, without lawful authority, a means of identification of another person, to wit: social security numbers and dates of birth belonging to individuals whose initials are J.C.T., during and in relation to a commission of a felony enumerated in 18 U.S.C. § 1028A(c)(7), namely, False Statement in application and use of passport.

In violation of 18 U.S.C. § 1028A.

A TRUE BILL:

FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

LUIS A. SUAREZ
Assistant United States Attorney
Texas State Bar No. 24117110
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8809
Email: Luis.Suarez4@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

VIDAL BLANCO-BLAS
(a.k.a Julio Cesar Torres)

---

INDICTMENT

18 U.S.C. § 1542
False Statement in Application and Use of Passport
(Count 1)

18 U.S.C. § 1028A
Aggravated Identity Theft
(Count 2)

2 Counts

---

A true bill rendered

DALLAS FOREPERSON

Filed in open court this 1 day of October, 2024.

**Warrant to be Issued**

UNITED STATES MAGISTRATE JUDGE
Criminal Case Pending: 3:17-CR-00204-L