ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 18 2025
CLERK, U.S. DISTRICT COURT
By
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

VIDAL BLANCO-BLAS
(a/k/a Julio Cesar Torres)

CASE NO. 3:24-CR-00419-L
(**supersedes indictment filed on October 1, 2024**)

# SUPERSEDING INDICTMENT

The Grand Jury charges:

Count One
False Statement in Application and Use of Passport
(Violation of 18 U.S.C. § 1542)

On or about April 11, 2023, within the Dallas Division of the Northern District of Texas, the defendant, **Vidal Blanco-Blas**, willfully and knowingly made a false statement in an application for a passport with intent to induce and secure for his own use, the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated his name is Julio Cesar Torres, which statement he knew to be false.

In violation of 18 U.S.C. § 1542.

Count Two
Aggravated Identity Theft
(Violation of 18 U.S.C. § 1028A)

On or about April 11, 2023, within the Dallas Division of the Northern District of Texas, the defendant, **Vidal Blanco-Blas**, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), that is, False Statement in Application and Use of Passport, in violation of 18 U.S.C. § 1542, did knowingly transfer, possess, and use, without lawful authority a means of identification of another person, knowing that the means of identification belonged to another actual person.

In violation of 18 U.S.C. § 1028A.

A TRUE BILL:

Suzanne Chatham
FOREPERSON

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

LUIS A. SUAREZ
Assistant United States Attorney
Texas State Bar No. 24117110
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8809
Email: Luis.Suarez4@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

VIDAL BLANCO-BLAS
(a.k.a Julio Cesar Torres)

---

SUPERSEDING INDICTMENT

18 U.S.C. § 1542
False Statement in Application and Use of Passport
(Count 1)

18 U.S.C. § 1028A
Aggravated Identity Theft
(Count 2)

2 Counts

---

A true bill rendered

Suzanne Chatham

DALLAS FOREPERSON

Filed in open court this 18 day of March, 2025.

**Defendant in Federal Custody since 12/31/2024 at Cimarron Correctional Facility.**

UNITED STATES MAGISTRATE JUDGE
Criminal Case Pending: 3:17-CR-00204-L