ORIGINAL

FILED-USDC-NDTX-DA
'25 JUN 3 PM4:18

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:24-CR-00419-L |
| v. | **(Supersedes indictments filed on October 1, 2024 and March 18, 2025)** |
| VIDAL BLANCO-BLAS<br>a.k.a. Julio Cesar Torres | |

# SECOND SUPERSEDING INDICTMENT

The Grand Jury charges:

Count One
False Statement in Application and Use of Passport
(Violation of 18 U.S.C. § 1542)

On or about April 11, 2023, within the Dallas Division of the Northern District of Texas, the defendant, **Vidal Blanco-Blas**, did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application the defendant stated his name was Julio Cesar Torres, which statement he knew to be false.

In violation of 18 U.S.C. § 1542.

Count Two
Aggravated Identity Theft
(Violation of 18 U.S.C. § 1028A)

On or about April 11, 2023, within the Dallas Division of the Northern District of Texas, the defendant, **Vidal Blanco-Blas**, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c)(7), that is, false statement in application and use of passport, in violation of 18 U.S.C. § 1542, as alleged in Count One of this indictment, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, to wit: the name of Julio Cesar Torres, knowing that the means of identification belonged to another actual person.

In violation of 18 U.S.C. § 1028A.

A TRUE BILL:

FOREPERSON

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

LUIS A. SUAREZ
Assistant United States Attorney
Texas State Bar No. 24117110
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel: 214-659-8600
Fax: 214-659-8809
Email: Luis.Suarez4@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

VIDAL BLANCO-BLAS
(a.k.a Julio Cesar Torres)

---

SECOND SUPERSEDING INDICTMENT

18 U.S.C. § 1542
False Statement in Application and Use of Passport
(Count 1)

Aggravated Identity Theft
18 U.S.C. § 1028A
(Count 2)

2 Counts

---

A true bill rendered

DALLAS FOREPERSON

Filed in open court this 3 day of June, 2025.

**Defendant in Federal Custody in Kaufman County Jail.**

UNITED STATES MAGISTRATE JUDGE
Criminal Case Pending: 3:17-CR-00204-L